# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| NICHOLE FIFFIA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CV-00018 (WLS) |
| | : | |
| WALMART, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

The Court held a hearing on Defendant's Partial Motion to Dismiss (Doc. 9) on October 22, 2024. This Order memorializes the instructions given at that conference. The Parties are **ORDERED** to confer to determine if the Parties can come to an agreement regarding whether the case should proceed to discovery and, if so, whether such discovery should be bifurcated to address the exhaustion issue first. After such conferral, the Parties are **ORDERED** to file either a joint notice or each file separate notices on the docket stating their position regarding whether the case should proceed to discovery and, if so, whether such discovery should be bifurcated to address the exhaustion issue first.

**SO ORDERED**, this 23rd day of October 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**