IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| NICHOLE FIFFIA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 7:24-00018-WLS |
| | ) |
| WAL-MART, INC., | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Nichole Fiffia and Defendant Wal-Mart, Inc., by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action. All parties agree to pay their own costs and fees associated with this dismissal.

This 19th day of March, 2025.

/s/ Thomas F. Martin
Thomas F. Martin
Martin & Martin, LLP
P.O. Box 1070
Tucker, Georgia 30085-1070
tfmartinlaw@msn.com

*Attorneys for Plaintiff*

Dated: March 19, 2025

/s/ David N. Korsen
David N. Korsen
Georgia Bar No. 845200
Constangy, Brooks, Smith & Prophete LLP
230 Peachtree Street, N.W., Suite 2400
Atlanta, GA 30303-1557
dkorsen@constangy.com

*Attorneys for Walmart*

Dated: March 19, 2025

SO ORDERED this 24th day
of March, 2025

W. Louis Sands, Sr. Judge
United States District Court